IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 3:20-CR-40** |
| **Plaintiff,** | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| **JAMES PATRICK WILKINSON,** | : | |
| **Defendant.** | : | |

### AGREED ORDER

This matter is before the Court on the Government's request for restitution on behalf of a minor victim portrayed in the "Sweet White Sugar" series of child pornography files and identified for purposes of this Agreed Order as "Pia."

The parties agree that 18 U.S.C. § 3663(a)(3) permits a court to "order restitution in any criminal case to the extent agreed to by the parties in a plea agreement." Defendant has agreed, as part of the Plea Agreement, to pay restitution to the victims of any child-exploitation or child-pornography offenses that became known to the Government during the course of the investigation of the offenses charged in the Information. (*See* Plea Agreement (Dkt. No. 24) at ¶ 7(a)(i).)

Defendant has admitted to distributing child pornography as part of the Plea Agreement, and there is no dispute between the parties that one of the child-pornography videos he distributed depicted the above-identified individual. The parties agree (i) that "Pia" is a victim of a child-pornography or child-exploitation offense admitted by Defendant and known to the Government during the course of the investigation of the offenses charged in the Information and (ii) that "Pia" has been directly and proximately harmed as a result of the commission of such offense.


**IT IS THEREFORE AGREED** by the parties that Defendant James Patrick Wilkinson is liable for a portion of the total harm/losses suffered by the victim "Pia." Accordingly, Defendant James Patrick Wilkinson agrees to pay $3,000.00 as restitution for the victim identified above. Defendant's restitution obligation of $3,000.00 is due immediately. Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall then be distributed to the victim's representative: Deborah A. Bianco, in trust for "Pia," 2012 164th Avenue NE, Bellevue, WA 98008.

The specific payment details will be set forth in the Judgment and Commitment Order.

**IT IS SO ORDERED.**

_____
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT

**REVIEWED AND AGREED TO BY:**

DAVID M. DEVILLERS
United States Attorney

s/George R. Painter
_____
George Painter (0097271)
Assistant United States Attorney

/s/ James P Wilkinson
_____
James Patrick Wilkinson
Defendant

s/Thomas Anderson
_____
Thomas Anderson
Counsel for Defendant James Patrick Wilkinson